UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **SCHEDULING ORDER**
                                    :
**Travis Parker,**                  :     7-23-cr-00250-PMH
                  Defendant.        :
                                    :
------------------------------------------------------------x

An Initial Conference is scheduled on May 31, 2023 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

Dated: May 24, 2023         SO ORDERED:

*[signature]*

Philip M. Halpern, U.S.D.J