UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **RESCHEDULING ORDER**
                                  :
TRAVIS PARKER,                    :
                                  :     7:23-cr-00250-PMH
                                  :
                    Defendant.    :
-----------------------------------------------------------x

The status conference in this matter currently scheduled for February 27, 2024 at 12:00 p.m. is advanced to 2:30 p.m. on the same day in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       December 28, 2023

_____
Philip M. Halpern
United States District Judge