# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

> Application granted. The sentencing scheduled for September 24, 2024 is adjourned to October 3, 2024 at 11:30 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 29, 2024

**VIA ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Travis Parker, 23-cr-250*

Dear Honorable Judge Halpern:

I write to respectfully request a two-week adjournment of the sentencing scheduled for Tuesday, September 24, 2024, at 11:00 a.m. to Thursday, October 3, 2024, at 11:30 a.m.

The parties are still awaiting the final pre-sentence report. I would like to have the final version of the report before filing my sentencing submission so that I can know probation's recommendation and outline any outstanding objections. My hope is that the final will be issued shortly. I have consulted with the government through Assistant United States Attorney Timothy Ly who does not object to this request. It is my understanding that the Court has availability on Thursday, October 3, 2024, at 11:30 a.m. and that date and time work for the parties. Therefore, I am respectfully requesting that sentencing be adjourned to that date and time.

Thank you for your time and consideration.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Travis Parker

cc:   Timothy Ly, AUSA